| | | | |
|---|---|---|---|
| 2:00 PM | 1-09-43152-dem<br>Ch 7<br>Trustee: Musso | New Era Solutions, Inc. | Robert J Musso |

18

**Matter:** [8] Motion to Dismiss Case  Filed by Robert J Musso
**Courtroom Deputy Notes:**

[ ] Next Appearance: _____

[X] Hearing Held          [X] Granted          [ ] Settled

[ ] No Appearance         [ ] Denied           [ ] Settle Conditional Order

                               [ ] Marked Off       [ ] Submit Order

                               [ ] Withdrawn        [ ] Settle Order

                                                  [ ] Order Submitted

                                                    [X] So Ordered

                                                    [ ] Order Signed

                                                    [X] Case Dismissed

Notes: _____ s/ Dennis E. Milton
_____
_____
_____
_____

s/ Dennis E. Milton