# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                              CASE NO: 1−09−43152−dem

New Era Solutions, Inc.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                 CHAPTER: 7

00−0000000

DEBTOR(s)

## NOTICE OF DISMISSAL OF CASE

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 7 petition in bankruptcy on April 22, 2009 and an order having been entered by the Honorable Dennis E. Milton, United States Bankruptcy Judge, on December 17, 2009 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: December 18, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]