# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: mrodrique | Date Created: 12/18/2009 |
| Case: 1–09–43152–dem | Form ID: 227 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Robert J Musso | rjmusso@att.net, NY52@ecfcbis.com |
| aty | Noson A Kopel | nkopel@covad.net, nkopel@yahoo.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | New Era Solutions, Inc. | 822 Empire Boulevard | Brooklyn, NY 11213 | | |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | Diana Adams | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 | |
| 6170751 | Essex Temporary Service Inc | c/o Marylou Paolucci, Esq. | 16 Trent Lane | Smithtown NY 111787 | |
| 6290634 | NYC Dept. of Finance | 345 Adams Street | 5th Floor | Brooklyn, NY 11201 | |

TOTAL: 7